UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRYSTON SMITH, | CASE NO. C21-652 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DOMINQUE HAMPTON, LEVI ONWUZURIKE, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

The parties have not complied with the order directing that a joint status report by filed by September 7, 2021. (Dkt. No. 6.)

The time for filing the report is hereby extended to ten days from the date of this order. If the report is not filed by that time, sanctions may be ordered. Sanctions may include dismissal of the action without prejudice.

\\

MINUTE ORDER - 1

1  Dated: September 8, 2021.

2  Ravi Subramanian
   Clerk of Court

3

4  s/ Paula McNabb
   Deputy Clerk

MINUTE ORDER - 2