UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRYSTON SMITH, | CASE NO. C21-652 MJP |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| DOMINQUE HAMPTON, et al., | |
| Defendants. | |

The Court approved a Minute Order entered on September 8, 2021 that noted the Parties' failure to file a joint status report as required by September 7, 2021 and required the Parties to file a joint status report by September 18, 2021. (Dkt. No. 7.) The Court warned the Parties that failure to file the joint status report could result in dismissal for failure to prosecute. (Id.) As of the date of this Order, the Parties have not filed a joint status report. The Court DISMISSES the case without prejudice for failure to prosecute. See Fed. R. Civ. P. 41(b).

\\

\\

ORDER OF DISMISSAL - 1

1  The clerk is ordered to provide copies of this order to all counsel.

2  Dated September 22, 2021.

*[signature: Marsha J. Pechman]*

Marsha J. Pechman
United States Senior District Judge

ORDER OF DISMISSAL - 2